USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
: 
BARNET MARINE INC.,                                                 :
                   Plaintiff,                                 :
:      21-CV-5071 (VEC)
        -against-                                              :
:      <u>ORDER</u>
:
LAUREL D SHIPPING LLC *now known as* LAUREL      :
SHIPPING LLC,                                                       :
                   Defendant.                                :
:
------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on June 8, 2021, Plaintiff filed a Complaint in this matter, Dkt. 1;

       WHEREAS Plaintiff seeks an order directing the Clerk of Court to issue process of maritime attachment and garnishment pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims, Dkts. 5–7;

       WHEREAS Rule B of the Supplemental Rules states that "a *verified* complaint may contain a prayer for process to attach the defendant's tangible or intangible personal property—up to the amount sued for—in the hands of garnishees named in the process" in certain circumstances, *see* Supp. R. B(1)(a) (emphasis added); and

       WHEREAS the Complaint in this matter is labeled as a "Verified Complaint," but does not include the required verification by Plaintiff or Plaintiff's counsel;

       IT IS HEREBY ORDERED that Plaintiff must file an Amended Complaint that is properly verified by no later than **Tuesday, June 15, 2021**.

**SO ORDERED.**

Date:  June 9, 2021                                           _____
        New York, NY                                         **VALERIE CAPRONI**
                                                               **United States District Judge**