USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
:
BARNET MARINE INC.,                                :
                      Plaintiff,   :
                                                                           :   21-CV-5071 (VEC)
              -against-                 :
                                                                          :   ORDER
:
LAUREL D SHIPPING LLC *now known as* LAUREL   :
SHIPPING LLC,                                  :
                      Defendant.   :
:
------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 30, 2021, the parties appeared for an initial pretrial conference;

       IT IS HEREBY ORDERED that Defendant must answer the complaint by no later than **Wednesday, September 1, 2021**.

       IT IS FURTHER ORDERED that Defendant's motion to vacate the Order directing the Clerk to issue process of maritime attachment (Dkt. 11) and Defendant's motion for a partial judgment on the pleadings concerning the timeliness of Plaintiff's amended demurrage claim must be filed by no later than **Friday, September 3, 2021**. If Plaintiff believes that additional discovery is needed before it can respond in opposition to the motions, Plaintiff is directed to meet and confer with Defendant to come up with a joint expedited schedule for discovery on topics related to the motions. A joint letter about such discovery is due no later than **Friday, September 17, 2021**. If Plaintiff does not believe additional discovery is needed, its responses in opposition to the motions are due no later than **Friday, October 1, 2021** and Defendant's replies in support of its motions are due no later than **Friday, October 15, 2021**.

       IT IS FURTHER ORDERED that the Court will enter a case management plan by separate order.

IT IS FURTHER ORDERED that if, at any time, both parties want a settlement conference with the assigned Magistrate Judge or mediation as part of the Court-annexed mediation program, they may submit a joint letter requesting a referral.

**SO ORDERED.**

**Date:  July 30, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**