```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
BARNET MARINE INC.,

                Plaintiff,

            -against-

LAUREL D SHIPPING LLC *now known as* LAUREL
SHIPPING LLC,

                Defendant.
-----------------------------------------------------------------X

21-CV-5071 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

    WHEREAS on October 20, 2021, the parties appeared for a status conference in this matter;

    IT IS HEREBY ORDERED that for the reasons stated at the conference:

1. Plaintiff's responses in opposition to the motion to vacate and the motion for partial judgment on the pleadings are due no later than **Friday, November 12, 2021**. Defendant's replies in support of its motions are due no later than **Wednesday, November 24, 2021.**

2. Plaintiff's motion to strike portions of Defendant's answer is DENIED.

3. Discovery is STAYED pending resolution of Defendant's motion for judgment on the pleadings.

The Clerk of Court is respectfully directed to close the open motion at docket entry 40.

**SO ORDERED.**

**Date: October 20, 2021**
      **New York, NY**

                                _____
                                **VALERIE CAPRONI**
                                **United States District Judge**