USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                     :
BARNET MARINE INC.,                            :
                              Plaintiff,                 :
                                                       :                   21-CV-5071 (VEC)
                     -against-                      :
                                                       :                        <u>ORDER</u>
                                                       :
LAUREL D SHIPPING LLC *now known as* LAUREL  :
SHIPPING LLC,                                   :
                              Defendant.             :
                                                       :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on June 10, 2021, the Court ordered the attachment of $591,253.39 belonging to Defendant and in the control of non-party JPMorgan Chase Bank NA pursuant to Rule B of the Supplemental Rules of the Federal Rules of Civil Procedure, Dkt. 11;

       WHEREAS on September 3, 2021, Defendant moved to vacate the attachment, Dkt. 33;

       WHEREAS the motion to vacate is fully briefed, *see* Mem. of Law, Dkt. 35; Resp., Dkt. 50; Reply, Dkt. 51;

       WHEREAS the Court is ready to decide the motion to vacate on the papers before it; and

       WHEREAS pursuant to Rule E(4)(f) of the Supplemental Rules of the Federal Rules of Civil Procedure, "[w]henever property is arrested or attached, any person claiming an interest in it shall be entitled to a prompt hearing at which the plaintiff shall be required to show why the arrest or attachment should not be vacated or other relief granted consistent with these rules," Fed. R. Civ. P. Supp. Rule E(4)(f).

       IT IS HEREBY ORDERED that, by no later than **Wednesday, June 22, 2022**, Defendant must inform the Court whether it is requesting a hearing on its motion to vacate or whether it would like the Court to decide the motion without a hearing and based on the papers before it.

**SO ORDERED.**

**Date: June 15, 2022**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**