USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/07/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

BARNET MARINE INC.,

               Plaintiff,

    -against-

LAUREL D SHIPPING LLC *now known as* LAUREL SHIPPING LLC,

               Defendant.

------------------------------------------------------------------X

21-CV-5071 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on October 3, 2022, the Court granted Defendant's request to file its opposition brief one day late and granted Plaintiff a one-day extension of its deadline to file the reply brief.

IT IS HEREBY ORDERED that in light of the Columbus Day holiday, Plaintiff's deadline to file the reply brief is **Tuesday, October 11, 2022.**

**SO ORDERED.**

Date: October 7, 2022
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**