**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
Barnet Marine Inc. ,

                              Plaintiff,

                 -against-

Laurel D Shipping LLC now
known as Laurel Shipping LLC,

                         Defendant.
-------------------------------------------------------------------X

                          **ORDER**

                          **21-CV-05071 (VEC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

     This matter has been referred for settlement.  Dkt. No. 77.  Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by January 27, 2023 at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in March and April 2023.  Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.  Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

     Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

SO ORDERED.

DATED:    New York, New York
            January 19, 2023

JENNIFER E. WILLIS
United States Magistrate Judge

2